THE STATE OF OHIO, APPELLEE, *v.* JOHNSON, APPELLANT.

[Cite as *State v. Johnson* (1996), 76 Ohio St.3d 397.]

(No. 96–576—Submitted July 10, 1996—Decided August 21, 1996.)

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *George A. Katchmer, Jr.*, Assistant Prosecuting Attorney, for appellee.

*Bruce A. Johnson, pro se.*

---

*Per Curiam.* We affirm the judgment of the court of appeals. Appellant has failed to establish "a genuine issue as to whether the applicant was deprived of the effective assistance of counsel on appeal," as required by App.R. 26(B)(5).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.